UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The American Society of <br> Anesthesiologists, <br> 520 N. Northwest Highway <br> Park Ridge, Illinois <br>                 Plaintiff, <br><br> v. <br><br> Rashad University, Inc. <br> 1418 10th Street, Suite 8 <br> Santa Monica, California 90401, <br><br> Rashad Internet University <br> 23571 ½ Maribel Avenue <br> Carson, California 90745 <br><br> and <br><br> Dr. Nabil Rashad <br> 23571 ½ Maribel Avenue <br> Carson, California 90745 <br>                 Defendants. | Civil Action No. _____ <br><br> (Trial By Jury Requested) |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff, THE AMERICAN SOCIETY OF ANESTHESIOLOGISTS ("ASA"), as and for its Complaint against Defendants RASHAD UNIVERSITY, INC. ("Rashad University"), RASHAD INTERNET UNIVERSITY ("RIU"), and DR. NABIL RASHAD ("Dr. Rashad"), alleges as follows:

## NATURE OF THE ACTION

1. Defendants, in violation of the Copyright Act, 17 U.S.C. § 501 *et seq.*, and ASA's copyrights in certain works, have willfully infringed ASA's copyrights by publishing, promoting, distributing, and selling a book called the MCQ 4 Manual ("MCQ

4"), most of which is copied almost verbatim from ASA's copyrighted materials. As more fully described herein, ASA owns valid and enforceable copyrights in works comprised of practice examinations for board certification in anesthesiology and continuing education materials for anesthesiologists. Defendants, for their own profit and self-promotion, copied and/or created derivative works based upon ASA's copyrighted examinations, published the infringing material as the MCQ 4, and used the MCQ 4 to promote, sell, and conduct classes related to the practice of anesthesiology. Despite ASA's demands that Defendants cease their infringing activities, Defendants continue to distribute and use the MCQ 4 as part of their course materials. ASA, therefore, seeks all remedies available against the Defendants including, but not limited, to ASA's actual damages plus Defendants' profits attributable to the copyright infringement, statutory damages including enhanced damages for willful infringement, declaratory judgment, and a permanent injunction prohibiting future infringement of ASA's copyrights.

## PARTIES

Plaintiff ASA

2.   ASA is an educational, research, and scientific association of physicians whose mission is to raise the standards of the medical practice of anesthesiology. One of ASA's primary goals is to improve the medical care that patients receive from anesthesiologists.

3.   ASA is a tax-exempt organization, organized under the laws of the State of New York. ASA maintains its principal place of business in Park Ridge, Illinois, and also maintains an office in the District of Columbia.

4. Since its founding on October 6, 1905, by nine medical colleagues in Long Island, New York, ASA has functioned as a research, scientific, and educational resource for anesthesiologists, patients, the public, and policymakers. ASA has provided all of these constituencies with highly respected guidance and expertise. Today, ASA provides services to members across the United States and beyond.

5. Among other services that ASA provides to the general public, ASA has created a checklist for patients to consult in advance of visiting with an anesthesiologist. ASA educates the public about anesthesia and risks associated with anesthesia. ASA also provides the public with general information that every patient should know in advance of receiving anesthesia. For example, ASA provides general information under the following titles:

- **"Planning Your Childbirth"** — this material is suitable for prenatal classes and community groups, and summarizes the anesthetic options available for mothers-to-be;

- **"Smoking Hazards and Anesthesia"** — this information explains how a nicotine habit complicates the anesthesia component to surgical procedures; and

- **"Anesthesia for the Elderly Patient"** — this information focuses on senior groups and educates the public about special considerations involving the elderly patients receiving anesthesia.

6. ASA places patient safety at the forefront and has undertaken a number of initiatives to improve patient safety in the operating room:

- In the late 1970s, ASA undertook a massive effort to improve the anesthetic mortality rate by determining the cause of adverse anesthesia-related outcomes and focusing attention on avoiding the causes;

3

- In 1985, ASA created the Anesthesia Patient Safety Foundation to raise the levels of consciousness and knowledge of patient safety issues;

- In early 1986, ASA was the first medical specialty organization to adopt standards of care for patient care by its members;

- Today, more than thirty standards, guidelines, and statements developed by ASA address the standard of care of patients before, during, and after surgery;

- Since 1987, ASA has produced more than thirty instructional videos for use in anesthesiology residency programs and institutional continuing education programs; and

7.   ASA also provides services to doctors preparing to become board-certified anesthesiologists in the United States.

8.   ASA acts as the secretariat for the ABA (American Board of Anesthesiology) - ASA Joint Council on In-Training Examinations, which is responsible for the preparation and administration of the yearly In-Training Examination ("ITE") throughout the United States and Canada. Through a series of multiple choice questions, the ITE evaluates each resident's knowledge and skill, and thereby allows supervising physicians to tailor future training to a resident's specific areas of deficiency.

9.   ASA also creates many continuing medical education programs for anesthesiologists such as the Self-Education and Evaluation Program ("SEE"). The SEE is a special program of education and self-assessment that enables anesthesiologists to gain an objective measure of their professional knowledge.

Defendants Rashad University and RIU

10.   Upon information and belief, Rashad University is a corporation organized under the laws of the State of California, with its principal place of business located at

4

1418 10th Street, Suite 8, Santa Monica, California 90401. The registered agent for Rashad University, Sarah Rashad, is located at that same address.

11. Upon information and belief, Rashad University operates RIU.

12. According to RIU's website at www.rashaduniversity.com ("RIU Website"), RIU is located at 23571 ½ Maribel Avenue, Carson, California 90745.

13. According to RIU's Website, RIU offers courses in basic and clinical sciences and selected topics relating to the practice anesthesiology. RIU offers its courses throughout the United States and abroad.

Defendant Dr. Rashad

14. Dr. Rashad is the founder of RIU and, upon information and belief, a shareholder of Rashad University.

15. RIU's Website advertises Dr. Rashad's Curriculum Vitae and reports that he is a "Professor of Anesthesiology, Rashad Internet University, Los Angeles, CA."

16. Upon information and belief, Dr. Rashad teaches RIU's courses related to anesthesiology.

17. Upon information and belief, Dr. Rashad also purports to have authored class materials for the anesthesiology seminars.

18. Upon information and belief, Dr. Rashad is a resident of California and can be reached at 23571 ½ Maribel Avenue, Carson, California 90745.

**JURISDICTION AND VENUE**

19. The claims in this matter arise under the United States Copyright Act. Accordingly, this Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a). This Court also has subject matter jurisdiction over this matter

pursuant to 28 U.S.C. § 1332.  The parties in this case are diverse, and the amount at issue exceeds $75,000, exclusive of interest and costs.

20. This Court has proper venue over this matter pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to Plaintiff's claims occurred in this judicial district.  In particular, and without limitation, the following demonstrate that venue is proper in this district:

- Upon information and belief, RIU, through the acts of Dr. Rashad and Rashad University, sponsored and held in the District of Columbia seminars for which it used, sold, and/or distributed the infringing MCQ 4;

- Upon information and belief, Defendants have sold and shipped the MCQ 4 to at least one person residing in the District of Columbia;

- The RIU Website advertises that Defendants again will hold their course(s) in the District of Columbia during June 2007 and solicits interested class participants to register for those courses;

- Defendants maintain an open and interactive RIU Website through which residents of the District of Columbia, among other jurisdictions, may view infringing MCQ 4 materials and/or purchase materials, take part in practice exams, schedule attendance at any of the Defendants' seminars, and otherwise transact business with the Defendants.  Defendants routinely correspond with course participants through e-mail and the Internet; and

- ASA has suffered and continues to suffer injury as a result of Defendants acts in the District of Columbia.

21. This Court has personal jurisdiction over the Defendants pursuant to the District of Columbia's long-arm statute, D.C. Code Ann. § 13-423(a).

## FACTUAL BACKGROUND

ASA's Copyrighted Works

22. ASA owns the copyrights in each of the following works ("ASA's Copyrighted Works") and has registered its copyrights with the United States Copyright Office:

    a.    ITE 1990, Books A and B    (reg. no. 1990 - TX-2-905-773)

    b.    ITE 1991, Books A and B    (reg. no. 1991- TX-3-141-168)

    c.    ITE 1992, Books A and B    (reg. no. 1992 - TX-3-404-480)

    d.    ITE 1993, Books A and B    (reg. no. 1993 - TX-3-628-978)

    e.    SEE book 1997, Volumes A and B    (registration pending)

    f.    SEE Book 1998, Volumes A and B    (registration pending)

    g.    SEE Book 1999, Volumes A and B    (registration pending)

    h.    SEE Book 2000, Volumes A and B    (registration pending)

Defendants' Infringement of ASA's Copyrighted Works

23. Defendants offer courses to prepare class participants for the Board Certification examination for anesthesia. Defendants charge course participants one thousand five hundred dollars ($1,500.00) to enroll in Defendants' classes.

24. Defendant's written materials include the MCQ 4, a book containing practice examinations in a multiple-choice format.

25. MCQ 4 includes a title page, which states that Dr. Rashad authored the MCQ 4. The title page also contains a copyright notice stating, incorrectly, that the copyright is owned by Rashad University Press printed the MCQ 4.

26. Upon information and belief, Defendants reproduced, and/or created derivative works based upon, ASA's Copyrighted Works, and published, sold, and

distributed that material as practice examinations in the MCQ 4. Fourteen of the sixteen practice exams in MCQ 4 appear to be identical copies of or substantially similar to ASA's Copyrighted Works.

27. The chart below lists Defendants' MCQ 4 practice exams that either are identical copies of an ASA Copyrighted Work or are substantially similar to such ASA Copyrighted Work:

| COPYRIGHTED WORK | | MCQ 4 EXAM |
|---|---|---|
| ITE 1992, Book B | → | Rashad Practice Exam 209 |
| ITE 1993, Book B | → | Rashad Practice Exam 211 |
| ITE 1991, Book A | → | Rashad Practice Exam 213 |
| ITE 1991, Book B | → | Rashad Practice Exam 214 |
| ITE 1990, Book A | → | Rashad Practice Exam 215 |
| ITE 1990, Book B | → | Rashad Practice Exam 216 |
| SEE Book 1997 Volume A | → | Practice Exam 201 |
| SEE Book 1997 Volume B | → | Practice Exam 202 |
| SEE Book 1998 Volume A | → | Practice Exam 203 |
| SEE Book 1998 Volume B | → | Practice Exam 204 |
| SEE Book 1999 Volume A | → | Practice Exam 205 |
| SEE Book 1999 Volume B | → | Practice Exam 206 |
| SEE Book 2000 Volume A | → | Practice Exam 207 |
| SEE Book 2000 Volume B | → | Practice Exam 208 |

28. The RIU Website also displays the MCQ 4 practice exams identified, *supra*, in paragraph 27. See http://mrashad.stores.yahoo.net/practiceexams1.html.

29.  MCQ 4 represents unauthorized and infringing copying by Defendants of ASA's Copyrighted Works.

30.  Dr. Rashad had access to ASA's Copyrighted Works, as they are available for purchase by any physician.

31.  On January 12, 2006, and again on February 10, 2006, ASA sent a letter to Dr. Rashad placing Defendants on notice of ASA's copyrights and demanding that Defendants cease and desist their infringement of ASA's copyrights. Upon information and belief, Defendants continue to reproduce, distribute, display, promote, and sell the infringing MCQ 4 and to use the MCQ 4 to promote and sell their classes.

32.  Defendants were on notice that ASA owns copyrights in ASA Copyrighted Works because those Works contain a copyright notice identifying ASA as a copyright owner.

## CLAIM ONE
### (Copyright Infringement)

33.  ASA hereby incorporates by reference the facts set forth in Paragraphs 1 through 32 of this Complaint as if they were specifically set forth herein.

34.  ASA owns a valid and enforceable copyright for the ASA Copyrighted Works.

35.  Defendants had access to ASA's Copyrighted Works.

36.  The MCQ 4 marketed and sold by Defendants contains practice exams that are identical or substantially similar to ASA's Copyrighted Works.

37.  Defendants copied ASA's Copyrighted Works and sold and/or distributed those works as their own, for profit, without ASA's authorization or consent.

38.  Defendants' actions constitute an infringement of ASA's copyrights.

39. As a result of Defendants' wrongful conduct, ASA has suffered and will continue to suffer damages in an amount to be established at trial.

## CLAIM TWO
### (Willful Copyright Infringement)

40. ASA hereby incorporates by reference the facts set forth in Paragraphs 1 through 39 of this Complaint as if they were specifically set forth herein.

41. Upon information and belief, Defendants knowingly and willfully copied ASA's Copyrighted Works and infringed upon ASA's copyrights.

42. Furthermore, after ASA put Defendants on notice of ASA's copyright claims in ASA's Copyrighted Works, Defendants knowingly and willfully continued to infringe ASA's copyrights.

43. As a result of Defendants' wrongful conduct, ASA has suffered and will continue to suffer damages in an amount to be established at trial.

## CLAIM THREE
### (Declaratory Judgment -- Copyright Infringement)

44. ASA hereby incorporates by reference the facts set forth in Paragraphs 1 through 43 of this Complaint as if they were specifically set forth herein.

45. ASA is entitled to a declaratory judgment stating that it owns valid and enforceable copyrights in ASA's Copyrighted Works and Defendants have infringed ASA's copyrights.

**WHEREFORE**, based on the foregoing, ASA is entitled to and demands a judgment:

1. Awarding actual damages for copyright infringement plus Defendants' profits attributable to the infringement, in an amount to be determined at trial;

2. Awarding statutory damages for copyright infringement, including an increased award for willful infringement, in an amount to be determined at trial;

3. Declaring that ASA has valid and enforceable copyrights in ASA's Copyrighted Works and Defendants have infringed those copyrights;

4. Awarding punitive damages;

5. Permanently enjoining Defendants from further infringement of ASA's copyrights;

6. Awarding ASA its costs and attorneys' fees; and

7. Awarding any and all other relief that is permitted under the Copyright Act, 17 U.S.C. § 501 *et seq*, at law or in equity.

## DEMAND FOR A JURY TRIAL

Comes now the Plaintiff, American Society of Anesthesiologists, by counsel and pursuant to FRCP 38(b), and hereby demands trial by jury as to all issues so triable.

Dated: March 14, 2007

Respectfully submitted,

*/s/ Susan Neuberger Weller*
Susan Neuberger Weller, Esq.
(D.C. Bar No 384038)
Noam B. Fischman, Esq.
(D.C. Bar No. 469397)
Mintz, Levin, Cohn, Ferris, Glovsky
 & Popeo, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20004
Tel: (202) 434-7300
Fax: (202) 434-7400

Of Counsel:

Kevin N. Ainsworth, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
 & Popeo, P.C.
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
Fax: (212) 983-3115

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| The American Society of Anesthesiologists | Rashad University, Inc. |
| | Rashad Internet University |
| | Dr. Nabil Rashad |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Susan N. Weller, Esq., Noam B. Fischman, Esq. Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. 701 Pennsylvania, Ave., N.W., Suite 900 Washington, D.C. 20004  (202) 434-7300 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Medical Malpractice ☐ 365 Product Liability ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act **Social Security:** ☐ 861 HIA ((1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g) **Other Statutes** ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. *(If Antitrust, then A governs)* |

## ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| **Real Property** | **Bankruptcy** | **Forfeiture/Penalty** | |
|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 422 Appeal 28 USC 158 | ☐ 610 Agriculture | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 220 Foreclosure | ☐ 423 Withdrawal 28 USC 157 | ☐ 620 Other Food &Drug | ☐ 480 Consumer Credit |
| ☐ 230 Rent, Lease & Ejectment | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 490 Cable/Satellite TV |
| ☐ 240 Torts to Land | **Prisoner Petitions** | ☐ 630 Liquor Laws | ☐ 810 Selective Service |
| ☐ 245 Tort Product Liability | ☐ 535 Death Penalty | ☐ 640 RR & Truck | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other | ☐ 650 Airline Regs | |
| | ☐ 550 Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 875 Customer Challenge 12 USC 3410 |
| **Personal Property** | ☐ 555 Prison Condition | ☐ 690 Other | |
| ☐ 370 Other Fraud | | | ☐ 900 Appeal of fee determination under equal access to Justice |
| ☐ 371 Truth in Lending | **Property Rights** | | |
| ☐ 380 Other Personal Property Damage | ☒ 820 Copyrights | | ☐ 950 Constitutionality of State Statutes |
| ☐ 385 Property Damage Product Liability | ☐ 830 Patent | **Other Statutes** | |
| | ☐ 840 Trademark | ☐ 400 State Reapportionment | ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |
| | **Federal Tax Suits** | ☐ 430 Banks & Banking | |
| | ☐ 870 Taxes (US plaintiff or defendant | ☐ 450 Commerce/ICC Rates/etc. | |
| | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 460 Deportation | |

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN
☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

17 U.S.C. §501 - Plaintiff seeks remedies for Defendants' willful copyright infringement.

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instruction)   ☐ YES   ☒ NO    If yes, please complete related case form.

DATE March 14, 2007    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.