UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------x

THE AMERICAN SOCIETY OF
ANESTHESIOLOGISTS,
520 N. Northwest Highway
Park Ridge, Illinois

                        Plaintiff,

v.

RASHAD UNIVERSITY, INC.
1418 10th Street, Suite 8
Santa Monica, California 90401,

RASHAD INTERNET UNIVERSITY
23571 ½ Maribel Avenue
Carson, California 90745

and

Dr. Nabil Rashad
23571 ½ Maribel Avenue
Carson, California 90745,

                        Defendants.

------------------------------------------------x

07 Civ 0489 (RMC)

**WAIVER OF**
**SERVICE OF SUMMONS**

To:    Susan Neuberger Weller, Esq.
        Mintz Levin Cohn Ferris
           Glovsky & Popeo, P.C.
        701 Pennsylvania Avenue, NW (Suite 900)
        Washington, D.C. 20004

I acknowledge receipt of the request that I waive service of a summons in the above captioned action, which is case number 07-cv-0489 (RMC) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served on you within 60 days after March 15, 2007.

Dated: 3/25, 2007

Signature: Mhd Nabil Rashad

Printed/typed name: Mohamed Nabil Rashad

As: 23571 ½ Maribel Ave

Of: Carson, CA 90745

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

**Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.**

**It is not good cause for failure to waive service that a party believes the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all of the defenses and objections (except relating to the summons or to the service of the**

2

summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

3995930v.1