UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY OF ANESTHESIOLOGISTS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RASHAD UNIVERSITY, INC., *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 07-489 (RMC) |

### ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on March 14, 2007. The record reflects that Defendants Rashad University, Inc., Rashad Internet University, and Dr. Nabil Rashad waived service of a summons and received a copy of the complaint in this action. *See* Waiver of Service [Dkt. #2, Dkt. #3, Dkt. #4]. Defendants answers to the complaint were due May 14, 2007. It is now June 25, 2007, and no answer has been filed by any of the Defendants, and Plaintiff has not moved for entry of default judgment. There has been no activity in this matter since March 30, 2007.

Accordingly, it is hereby

**ORDERED** that, on or before July 6, 2007 Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: June 25, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge