UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE AMERICAN SOCIETY <br> OF ANESTHESIOLOGISTS, <br><br> Plaintiff, <br><br> v. <br><br> RASHAD UNIVERSITY, INC., ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07CV00489 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S RESPONSE TO COURT'S JUNE 25, 2007 SHOW CAUSE ORDER, CONSENT MOTION TO EXTEND RESPONSE DEADLINE TO AUGUST 17, 2007, AND POINTS AND AUTHORITIES IN SUPPORT OF SAME**

In response to the Court's June 25, 2007, Order to Show Cause, Plaintiff, the American Society of Anesthesiologists ("ASA"), by its attorneys, hereby submits this Response and Consent Motion to Extend Response Deadline to August 17, 2007 ("Response and Consent Motion").

ASA respectfully requests that the Court keep this case on its active docket and suggests that the parties' substantial efforts over the past two months to settle this case without the need for protracted and expensive litigation renders this case inappropriate for dismissal for failure to prosecute pursuant to Local Rule 83.23.

ASA filed the complaint on March 14, 2007, alleging that defendants willfully infringed ASA's copyrights. Pursuant to FRCP 4(d), Defendants waived service, and ASA filed those waivers with the Court on March 30, 2007.

Defendants, who are located in California, retained a California attorney, and said counsel contacted ASA's attorneys to explore whether resolution of this matter is possible

without protracted and expensive litigation. Defendants have expressed a preference to avoid the cost of retaining counsel admitted to practice in this Court.

During the past two months, Defendants have provided ASA with informal discovery to facilitate settlement discussions. In return, ASA has agreed to four two-week extensions of Defendants' time to respond to the Complaint (from May 15, 2007, to May 29, 2007; from May 29, 2007 to June 12, 2007; from June 12, 2007 to June 26, 2007; and from June 26, 2007, to July 10, 2007). Settlement talks have continued throughout this period, but the parties have not yet reached agreement on all terms. The parties expect that if no agreement has been reached by August 17, 2007, the case will have to proceed to formal discovery.

Accordingly, ASA respectfully requests that the Court keep this case on its active docket.

ASA further requests, with Defendants' consent and pursuant to Local Rule 7, that the Court set the response due date as August 17, 2007, which would allow a reasonable period of time for Defendants to obtain local counsel and to answer the complaint if the parties fail to settle this case.

Dated: July 6, 2007                                           Respectfully submitted,

   /s/   Noam B. Fischman
Susan Neuberger Weller, Esq.
   (D.C. Bar No. 384038)
Noam B. Fischman, Esq.
   (D.C. Bar No. 469397)
Mintz, Levin, Cohn, Ferris, Glovsky
   & Popeo, P.C.
701 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 434-7300
(202) 434-7400 (facsimile)

Of Counsel:

Kevin N. Ainsworth, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
 & Popeo, P.C.
666 Third Avenue
New York, New York  10017
Tel:  (212) 935-3000
Fax:  (212) 983-3115

CERTIFICATE OF SERVICE

I, Noam B. Fischman, hereby certify that on this the 6th day of July, 2007, I caused a true and correct copy of the foregoing Plaintiff's Response to Court's June 25, 2007 Show Cause Order, Consent Motion to Extend Response Deadline to August 17, 2007, and Points and Authorities in Support of Same, and Proposed Order, to be served on counsel for defendants, as listed below, via e-mail and first class mail, postage prepaid.

Max J. Sprecher, Esq.
Law Offices of Max J. Sprecher
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA  91367
P:  818.996.2255 ext. 25
F:  818.996.4204
E:  max@sprecherlaw.com

                                          Respectfully submitted,

                                           /s/   Noam B. Fischman
Susan Neuberger Weller, Esq.
    (D.C. Bar No. 384038)
Noam B. Fischman, Esq.
    (D.C. Bar No. 469397)
Mintz, Levin, Cohn, Ferris, Glovsky
    & Popeo, P.C.
701 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 434-7300
(202) 434-7400 (facsimile)

4084238v.3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN SOCIETY <br> OF ANESTHESIOLOGISTS, <br><br> Plaintiff, <br><br> v. <br><br> RASHAD UNIVERSITY, INC., ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07CV00489 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

Based on Plaintiff's response to this Court's June 25, 2007, Order to Show Cause, in which Plaintiff details the parties' substantial efforts to settle this case, and based on the motion contained in that response wherein Plaintiff, with defendants' consent, requests that the Court enter **August 17, 2007**, as the deadline for defendants' response to the complaint,

It is hereby **ORDERED** that this case shall remain on the active Court docket,

It is hereby further **ORDERED** that the Court grants Plaintiff's consent motion, and

It is hereby further **ORDERED** that defendants shall respond to the Complaint, if at all, by August 17, 2007.

_____
The Honorable Rosemary M. Collyer
United States District Court Judge