UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN SOCIETY OF ANESTHESIOLOGISTS,<br><br>Plaintiff,<br><br>v.<br><br>RASHAD UNIVERSITY, INC., RASHAD INTERNET UNIVERSITY, AND DR. NABIL RASHAD<br><br>Defendants. | Civil Action No. 1:07-cv-00489 |

## CONSENT JUDGMENT WITH INJUNCTION

Each party to this action having stipulated to this Court's jurisdiction over their persons and over the subject matter of this action, and each party having consented to the entry of this Judgment with Injunction, it is hereby

ORDERED, ADJUDGED, and DECREED: that Defendants RASHAD UNIVERSITY, INC., NABIL RASHAD, and RASHAD INTERNET UNIVERSITY, together with all licensees, agents, servants, representatives, attorneys under their control or acting on their behalf, and all persons and entities in active concert or participation with any of them, are hereby PERMANENTLY ENJOINED AND RESTRAINED from directly or indirectly infringing the copyrights of Plaintiff The American Society of Anesthesiologists ("ASA") anywhere in the United States of America or the world, by any means, including but not limited to the copying, distributing, advertising, offering for sale, or selling of any works in which ASA owns a copyright, including but not limited to ASA's ITE 1990 (Books A and B), ITE 1991 (Books A and B), ITE 1992 (Books A and B), ITE 1993 (Books A and B), SEE Book 1997 (Volumes A

1

and B), SEE Book 1998 (Volumes A and B), SEE Book 1999 (Volumes A and B), SEE Book 2000 (Volumes A and B) (the "Copyrighted Works"); and it is further

ORDERED, ADJUDGED, and DECREED: that Defendants shall destroy all copies in their possession, custody, or control (which shall include copies within the possession of any person who made copies for any Defendant) of the documents entitled "MCQ 4" and of any other document containing any portion of ASA's Copyrighted Works; and it is further

ORDERED, ADJUDGED, and DECREED: that Plaintiff ASA have judgment against the Defendants, jointly and severally, in the amount of One Hundred and Thirty Thousand Dollars ($130,000), inclusive of ASA's damages, costs, disbursements, and attorneys fees.

DATED: WASHINGTON, D.C.

    November __, 2007

---

    The Honorable Rosemary M. Collyer
    United States District Judge

    This document was entered on the docket on
    _____, 2007

2

Consent-Final

STIPULATED AND AGREED:

FOR PLAINTIFF

THE AMERICAN SOCIETY OF ANESTHESIOLOGISTS:

By: MARY L. KUFFNER
Title: ASSOCIATE GENERAL COUNSEL
Date: 1/10/08

FOR DEFENDANTS

RASHAD UNIVERSITY INC.

By: Nabil Rashad
Title: President
Date: 12/31/07

RASHAD INTERNET UNIVERSITY

By: Nabil Rashad
Title: Owner
Date: 12/31/07

NABIL RASHAD

Nabil Rashad
Date: 12/31/07

3

Consent-Final